No. 98, Misc. WHITE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 99, Misc. VIVONA v. CONBOY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL INSTITUTION. Court of Appeals of New York. Certiorari denied.

No. 100, Misc. PENNSYLVANIA EX REL. FLETCHER v. CAVELL, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. *Marjorie Hanson Matson* for petitioner.

No. 101, Misc. TURPIN v. ALVIS, WARDEN. Court of Appeals of Ohio, Franklin County. Certiorari denied.

No. 102, Misc. BULLUCK v. PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se. C. Ferdinand Sybert,* Attorney General of Maryland, and *Joseph S. Kaufman,* Assistant Attorney General, for respondent.

No. 103, Misc. WILLIAMS v. FLORIDA. Supreme Court of Florida. Certiorari denied. *Fred G. Minnis* for petitioner.

No. 105, Misc. EARNSHAW v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 109, Misc. SAM v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.